UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00188

**Jay Williams,**
*Petitioner,*

v.

**Job Mongare,**
*Respondent.*

# ORDER

This habeas corpus action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). On May 3, 2023, the magistrate judge issued a report recommending that petitioner's premature motion for summary judgment be denied as frivolous. Doc. 15. A copy of the report was mailed to the petitioner, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Petitioner's motion (Doc. 9) is denied.

*So ordered by the court on June 20, 2023.*

J. CAMPBELL BARKER
United States District Judge